■ MERCEDES KIRK, Petitioner, v DEPARTMENT OF MOTOR VEHICLES et al., Respondents. [801 NYS2d 533]—Determination of respondent Department of Motor Vehicles, dated July 12, 2004, finding that petitioner made an illegal U-turn in violation of Ve-

hicle and Traffic Law § 1110 (a), and imposing a penalty of two points on her license and a fine of $70, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Kibbie F. Payne, J.], entered December 27, 2004) dismissed, without costs.

The proceeding must be dismissed as against the State of New York, which is not a "body or officer" within the meaning of CPLR 7802 (a) against whom a CPLR article 78 proceeding may be brought (*Matter of Capruso v New York State Police*, 300 AD2d 27, 28 [2002]). On the merits, substantial evidence, specifically the testimony of the police officer who stopped petitioner, supports the finding that petitioner made an illegal U-turn (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180 [1978]). No basis exists to disturb respondent's findings of credibility (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444 [1987]; *Matter of Grossberg v Christian*, 245 AD2d 118 [1997]). Nor does the record support petitioner's claims that the Administrative Law Judge was biased and hostile toward her and that his leading questions deprived her of a fair hearing (*see Matter of Warder v Board of Regents of Univ. of State of N.Y.*, 53 NY2d 186, 197 [1981], *cert denied* 454 US 1125 [1981]). Concur—Buckley, P.J., Friedman, Sullivan and Nardelli, JJ.